UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                              Bankruptcy No. 19-30556
                                                                    Chapter 7

Melanie A. May,

                                                                    **NOTICE AND MOTION**
                                                                    **FOR APPROVAL OF**
                    Debtor.                                         **SALE**
_____/

    Kip M. Kaler, the bankruptcy trustee in this case, respectfully requests that the Court approve a sale of property of the estate to the debtor, Melanie A. May. The sale terms, in essential part, are listed as follows:

    The debtor scheduled a 2011 GMC Yukon when her bankruptcy schedules were filed on October 7, 2019, with a scheduled value of $12,784, and exemption of $7,063, leaving non-exempt equity to this bankruptcy estate of $5,721.

    The trustee has agreed to accept the scheduled value of $12,784.00 for the Yukon and sell the nonexempt equity to the debtor for $5,721.00.

    The debtor has paid the bankruptcy trustee the total sum of $5,721 for this purchase, which is being held with debtor's attorney until the Sale Agreement has been approved by the Court.

    The bankruptcy estate will not incur a tax consequence as a result of this transaction.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATED: November 21, 2019          /s/ Kip M. Kaler_____
                                           Bankruptcy Trustee
                                           P.O. Box 9231
                                           Fargo, ND 58106
                                           (701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: MELANIE A MAY | CASE NO: 19-30556<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/21/2019, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/21/2019

/s/ Kip M. Kaler
Kip M. Kaler  03757
KALER DOELING, PLLP
3429 Interstate Blvd S, PO Box 9231
Fargo, ND  58106
701 232 8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: MELANIE A MAY

CASE NO: 19-30556

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 11/21/2019, a copy of the following documents, described below,

Notice and Motion for Approval of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kip M. Kaler
KALER DOELING, PLLP
3429 Interstate Blvd S, PO Box 9231
Fargo, ND  58106

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>08683<br>CASE 19-30556<br>DISTRICT OF NORTH DAKOTA<br>FARGO<br>THU NOV 21 11-57-15 CST 2019 | ADVANCED CALL CENTER TECH<br>PO BOX 9091<br>JOHNSON CITY TN 37615-9091 | ALLIED INTERSTATE<br>PO BOX 361445<br>COLUMBUS OH 43236-1445 |
| ALLTRAN<br>200 14TH AVE E<br>SARTELL MN 56377-4500 | ALLTRAN HEALTH INC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 | BARCLAYS BANK DELAWARE<br>PO BOX 8802<br>WILMINGTON DE 19899-8802 |
| BAYVIEW LOAN<br>4425 PONCE DE LEON BLVD<br>CORAL GABLES FL 33146-1837 | ~~EXCLUDE~~<br>~~CHERYL BERGIAN~~<br>~~CHERYL BERGIAN LAW OFFICE~~<br>~~1712 MAIN AVENUE SUITE 202~~<br>~~PO BOX 2152~~<br>~~FARGO ND 58107-2152~~ | CAPITAL MGMT SERVICES LP<br>PO BOX 120<br>698 12 S OGDEN STREET<br>BUFFALO NY 14206-2317 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CATALYST MEDICAL CENTER<br>1800 21ST AVE S<br>FARGO ND 58103-5759 | CAVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE SUITE 400<br>VALHALLA NY 10595-2322 |
| CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CITI CARDS<br>PO BOX 6004<br>SIOUX FALLS SD 57117-6004 | CREDIT CONTROL LLC<br>PO BOX 31179<br>TAMPA FL 33631-3179 |
| DEPARTMENT OF THE TREASURY<br>15TH  PENNSYLVANIA<br>WASHINGTON DC 20222-0001 | FAIRVIEW HEALTH SERVICES<br>100 S OWASSO BLVD W<br>SAINT PAUL MN 55117-1036 | FINANCIAL RECOVERY SERVICES INC<br>PO BOX 385908<br>MINNEAPOLIS MN 55438-5908 |
| FRONTLINE ASSET STRATEGIES<br>2700 SNELLING AVE N<br>SAINT PAUL MN 55113-1783 | GLOBAL CREDIT  COLLECTION CORP<br>5440 N CUMBERLAND AVE SUITE 300<br>CHICAGO IL 60656-1486 | HIGHER ED SERVICING CORP<br>4381 W GREEN OAKS BLVD<br>SUITE 200<br>ARLINGTON TX 76016-4477 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON FISCHER<br>4569 BEACH LANE S<br>FARGO ND 58104-6097 | ~~EXCLUDE~~<br>~~KIP M KALER~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~3429 INTERSTATE BLVD~~<br>~~PO BOX 9231~~<br>~~FARGO ND 58106-9231~~ |
| KOHLS<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | M HEALTH FAIRVIEW<br>100 S OWASSO BLVD W<br>SAINT PAUL MN 55117-1036 | MACYS<br>PO BOX 8061<br>MASON OH 45040-8061 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


DEBTOR                              MERRICK BANK                        MIDLAND CREDIT MGMT INC AS AGENT FOR
MELANIE A MAY                       ATTN BANKRUPTCY                     MIDLAND FUNDING LLC
4569 BEACH LANE S                   PO BOX 9201                         PO BOX 2011
FARGO ND 58104-6097                 OLD BETHPAGE NY 11804-9001          WARREN MI 48090-2011




NATIONWIDE CREDIT INC               RADIUS GLOBAL SOLUTIONS LLC         ROBERT B RASCHKE
PO BOX 14581                        FKA NORTHLAND GROUP LLC             ASSISTANT US TRUSTEE
DES MOINES IA 50306-3581            PO BOX 390905                       SUITE 1015 US COURTHOUSE
                                    MINNEAPOLIS MN 55439-0905           300 SOUTH FOURTH STREET
                                                                        MINNEAPOLIS MN 55415-1320




RUSHMORE SERVICE CENTER             SANFORD HEALTH                      SECURITIES  EXCHANGE COMMISSION
PO BOX 5508                         PO BOX 5074                         175 W JACKSON BLVD
SIOUX FALLS SD 57117-5508           SIOUX FALLS SD 57117-5074           CHICAGO IL 60604-2908




SYNCHRONY BANK                      SYNCHRONY BANK                      US ATTORNEY
CO PRA RECEIVABLES MANAGEMENT LLC   ATTN BANKRUPTCY DEPT                655 FIRST AVENUE NORTH SUITE 250
PO BOX 41021                        PO BOX 965060                       FARGO ND 58102-4932
NORFOLK VA 23541-1021               ORLANDO FL 32896-5060




UNITED COLLECTION BUREAU INC
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614-1501
```